KAREN R. GOODMAN  
Taft Stettinius & Hollister  
111 East Wacker Drive  
Suite 2800  
Chicago, IL  60601  
(312) 527-4000  
Chapter 7 Trustee

The Honorable: JANET S. BAER  
Chapter 7  
Location: 615  
Hearing Date: 02/17/2015  
Hearing Time: 10:00am  
Response Date: / /

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: PURCINSKI, JAMES E    §   Case No. 12-44418-BSJ  
                             §  
                             §  
Debtor(s)                    §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 02/17/2015 in Courtroom 615, United States Courthouse, 215 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 01/09/2015     By: /s/KAREN R. GOODMAN
                                               Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 527-4000
kgoodman@taftlaw.com

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| KAREN R. GOODMAN<br>Taft Stettinius & Hollister<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 527-4000<br>　　　Chapter 7 Trustee | The Honorable:<br>Chapter 7<br>Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: | JANET S. BAER<br><br>615<br>02/17/2015<br>10:00am<br>/ / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: PURCINSKI, JAMES E　　　　　　　　　　§　Case No. 12-44418-BSJ
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 91,094.96 |
| and approved disbursements of | $ | 46,162.79 |
| leaving a balance on hand of [1] | $ | 44,932.17 |
| **Balance on hand:** | $ | 44,932.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 44,932.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 7,054.75 | 0.00 | 7,054.75 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 3,650.00 | 0.00 | 3,650.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 10,704.75 |
| Remaining balance: | $ | 34,227.42 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 34,227.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 34,227.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,259.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 1,010.60 | 0.00 | 1,010.60 |
| 2 | United Credit Recovery | 922.98 | 0.00 | 922.98 |
| 3 | Law Office of Steven Gertler | 6,325.65 | 0.00 | 6,325.65 |

Total to be paid for timely general unsecured claims: $ 8,259.23
Remaining balance: $ 25,968.19

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 36,772.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 70.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | CFAM Financial Services LLS | 14,467.13 | 0.00 | 10,216.60 |
| 5 | Woodland Creek I | 5,947.62 | 0.00 | 4,200.18 |
| 6 | Keynote Consulting, Inc. | 16,357.27 | 0.00 | 11,551.41 |

Total to be paid for tardy general unsecured claims: $ 25,968.19
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
James E Purcinski  
    Debtor

Case No. 12-44418-JSB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina     Page 1 of 2     Date Rcvd: Jan 12, 2015  
                 Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2015.

```
db            +James E Purcinski,    448 Bridal Trail,    Wheeling, IL 60090-5933
19670966      +Advocate Lutheran General Hosp,    Attn:   Patient Accts,    1775 Dempster Street,
                Park Ridge, IL 60068-1174
19670967      +Advocate Medical Group,    Attn:   Patient Accounts,    701 Lee Street,
                Des Plaines, IL 60016-4539
19670968      +CFAM Financial Services LLS,    Attn:   Bankruptcy Dept,    PO BOX  601608,
                Dallas, TX 75360-1608
20168747      +Chad Mollman,   Re: Phoebes Cupcakes,    3351 N Broadway,    Chicago, IL 60657-3516
20193068      +Chad Mollman,   Re: Phoebes Cupcakes,    3545 N Reta #2,    Chicago, IL 60657-2951
19670969      +CitiFinancial Auto,    Attn:   Bankruptcy Dept,    4000 Regent Blvd,    Irving, TX 75063-2246
19670970       Collectors Training Institute,    RE:  City of Chicago,    PO BOX  4783,
                Chicago, IL  60680-4783
19670971      #+Contract Callers Inc,    RE:  Commonwealth Edison,    1058 Claussen Rd #110,
                Augusta, GA 30907-0301
19670972      +Credit Management,    RE:  WOW Schaumburg,    4200 International Pkwy,
                Carrollton, ITX   75007-1912
19670974      +First Premier Bank,    Attn:   Bankruptcy Dept,    601 S. Minnesota Ave,
                Sioux Falls, SD 57104-4868
19670975      +Gastroenterology & Liver Disease Assoc,    Attn:   Patient Accts,    7900 N. Milwaukee Ave  #19,
                Niles, IL 60714-3239
19670976       Illinois Collection Service,    RE:  Advanced Radiology Consul,    PO BOX 1010,
                Tinley Park, IL  60477-9110
19670977      +John H. Stroger Jr. Hospital,    Attn:   Patient Accounts,    1110 S. Oakley, Annex Bldg,
                Chicago, IL 60612-4218
19670978      +Keynote Consulting, Inc.,    RE:  Consumer Coop Credit U,    220 W. Campus Dr,
                Arlington Heights, IL 60004-1498
19670979      +Keynote Consulting, Inc.,    RE:  Consumers Coop Credit U,    220 W. Campus Dr,
                Arlington Heights, IL 60004-1498
19670980       Law Office of Steven Gertler,    RE: Perkin Insurance,    415 N. LaSalle St #402,
                Chicago, IL  60610
21906007      +Lisa Roberts,    Custodial Parent of Brantley Purcinski,    c/o Stanley Kaplan, Esq.,
                400 Skokie Blvd.,    Northbrook, IL 60062-2816
19670981      +Medical Business Bureau,    RE:  Medical,    1460 Renaissance Dr,  #400,
                Park Ridge, IL 60068-1349
19670983       National Credit Systems,    RE:  Woodland Creek/Fingerhut,    PO Box 312125,
                Atlanta , GA 31131-2125
19670985      +Park Ridge Anesthesiology,    Attn:   Patient Accts,    PO BOX  1123,    Jackson, MI 49204-1123
19670986      +Resurrection Medical Grp RMC ED,    Attn:   Patient Accts,    PO BOX  366,
                Hinsdale, IL 60522-0366
20428555      +United Credit Recovery,    P.O. Box 953245,    Lake Mary, FL 32795-3245
21728205      +Woodland Creek I,    National Credit Systems, Inc.,    P.O. Box 312125,    Atlanta, GA 31131-2125
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20253922       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 13 2015 01:22:17
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
19670982      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2015 01:16:44      Midland Credit Management,
                RE:  Aspire VISA,   8875 Aero Dr  #200,    San Diego, CA 92123-2255
19670984      +E-mail/Text: clientservices@northwestcollectors.com Jan 13 2015 01:16:13
                Northwest Collectors Inc.,    RE:  Village of Rosemont,    3601 Algonquin Rd, #232,
                Rolling Meadows, IL 60008-3106
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19670973     ##Diagnostic Imaging Assoc LTD,   Attn:  Patient Accounts,   PO BOX  68,
               Northbrook, IL  60065-0068
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: nmolina            Page 2 of 2           Date Rcvd: Jan 12, 2015
                              Form ID: pdf006          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2015 at the address(es) listed below:
              Karen R Goodman, ESQ    on behalf of Attorney    Oldfield & Fox PC kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Attorney    Taft Stettinius & Hollister LLP
               kgoodman@taftlaw.com,   il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@shefskylaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Bass    on behalf of Debtor James E Purcinski rbass@corpoffices.com
                                                                                             TOTAL: 6
```