| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: JANET S. BAER |
| Taft Stettinius & Hollister | Chapter 7 |
| 111 East Wacker Drive | Location: 615 |
| Suite 2800 | Hearing Date: / / |
| Chicago, IL 60601 | Hearing Time: |
| (312) 527-4000 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: PURCINSKI, JAMES E § Case No. 12-44418
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $6,901.00          Assets Exempt: $36,901.00
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $34,358.73     Claims Discharged
>                                                 Without Payment: $11,595.50
>
> Total Expenses of Administration: $41,736.23

3) Total gross receipts of $ 91,094.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $76,094.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 41,736.23 | 41,736.23 | 41,736.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 922.98 | 922.98 | 922.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 45,031.25 | 45,031.25 | 33,435.75 |
| **TOTAL DISBURSEMENTS** | $0.00 | $87,690.46 | $87,690.46 | $76,094.96 |

4) This case was originally filed under Chapter 7 on November 08, 2012. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/13/2015        By: /s/KAREN R. GOODMAN
                    Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim: Auto Accident Date | 1129-000 | 91,094.96 |
| **TOTAL GROSS RECEIPTS** | | **$91,094.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James E. Purcinski | Exemption for Personal Injury Claim | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 7,054.75 | 7,054.75 | 7,054.75 |
| Taft Stettinius & Hollister LLP | 3110-000 | N/A | 3,650.00 | 3,650.00 | 3,650.00 |
| Oldfield and Fox, P.C. | 3210-600 | N/A | 30,588.97 | 30,588.97 | 30,588.97 |
| Oldfield and Fox, P.C. | 3220-610 | N/A | 146.35 | 146.35 | 146.35 |
| Rabobank, N.A. | 2600-000 | N/A | 21.83 | 21.83 | 21.83 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 72.43 | 72.43 | 72.43 |
| Rabobank, N.A. | 2600-000 | N/A | 62.93 | 62.93 | 62.93 |
| Rabobank, N.A. | 2600-000 | N/A | 71.52 | 71.52 | 71.52 |
| Rabobank, N.A. | 2600-000 | N/A | 62.75 | 62.75 | 62.75 |
| Rabobank, N.A. | 2600-000 | N/A | 4.70 | 4.70 | 4.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $41,736.23 | $41,736.23 | $41,736.23 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk of the Bankruptcy Court | 5600-000 | N/A | 922.98 | 922.98 | 922.98 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $922.98 | $922.98 | $922.98 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 1,010.60 | 1,010.60 | 1,010.60 |
| 2 | United Credit Recovery | 7100-000 | N/A | 922.98 | 922.98 | 0.00 |
| 3 | Law Office of Steven Gertler | 7100-000 | N/A | 6,325.65 | 6,325.65 | 6,325.65 |
| 4 | CFAM Financial Services LLS | 7200-000 | N/A | 14,467.13 | 14,467.13 | 10,268.27 |
| 5 | Woodland Creek I | 7200-000 | N/A | 5,947.62 | 5,947.62 | 4,221.41 |
| 6 | Keynote Consulting, Inc. | 7200-000 | N/A | 16,357.27 | 16,357.27 | 11,609.82 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $45,031.25 | $45,031.25 | $33,435.75 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44418  
**Case Name:** PURCINSKI, JAMES E

**Period Ending:** 07/13/15

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 11/08/12 (f)  
**§341(a) Meeting Date:** 12/18/12  
**Claims Bar Date:** 05/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Misc used household goods and furnishings<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. used personal items, books & pictures<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. used personal clothing<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Life Insurance (Term Policy)<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 6 | Union Pension or Retirement Plan<br>Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Personal injury claim: Auto Accident Date<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 91,094.96 | FA |
| 7 | **Assets** **Totals** (Excluding unknown values) | **$6,901.00** | **$0.00** | | **$91,094.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Motion to Compromise and Settle personal injury action scheduled for hearing on 4/9/14.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2014   **Current Projected Date Of Final Report (TFR):**   December 31, 2014  (Actual)

Printed: 07/13/2015 11:59 AM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-44418
**Case Name:** PURCINSKI, JAMES E
**Taxpayer ID #:** **-***4633
**Period Ending:** 07/13/15

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** Rabobank, N.A.
**Account:** ******4466 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/24/14 | {7} | State Farm Mutual Automobile Insurance Co. | Personal injury settlement approved pursuant to Court Order dated 4/9/14. Also received check in the amount of $671.94 for Hartford Insurance medical lien which was forwarded directly to The Hartford. | 1129-000 | 91,094.96 | | 91,094.96 |
| 04/29/14 | 101 | Oldfield and Fox, P.C. | Trustee's Special Litigation Fee per Court Order dated April 9, 2014 | 3210-600 | | 30,588.97 | 60,505.99 |
| 04/29/14 | 102 | Oldfield and Fox, P.C. | Trustee's Special Litigation Expenses per Court Order dated April 9, 2014 | 3220-610 | | 146.35 | 60,359.64 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.83 | 60,337.81 |
| 05/07/14 | 103 | James E. Purcinski | Exemption for Personal Injury Claim | 8100-002 | | 15,000.00 | 45,337.81 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.43 | 45,265.38 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.93 | 45,202.45 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.52 | 45,130.93 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.75 | 45,068.18 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.14 | 44,999.04 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.87 | 44,932.17 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.16 | 44,874.01 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.15 | 44,800.86 |
| 01/09/15 | | Rabobank, N.A. | Refund of Bank Service Fee | 2600-000 | | -131.31 | 44,932.17 |
| 01/12/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -131.31 | 45,063.48 |
| 02/19/15 | 104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED FEBRUARY 17, 2015 | 2100-000 | | 7,054.75 | 38,008.73 |
| 02/19/15 | 105 | Taft Stettinius & Hollister LLP | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED FEBRUARY 17, 2015 | 3110-000 | | 3,650.00 | 34,358.73 |
| 02/19/15 | 106 | American InfoSource LP as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED FEBRUARY 17, 2015 | 7100-000 | | 1,010.60 | 33,348.13 |
| 02/19/15 | 107 | United Credit Recovery | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED FEBRUARY 17, 2015 Stopped on 05/21/15 | 7100-000 | | 922.98 | 32,425.15 |
| 02/19/15 | 108 | Law Office of Steven Gertler | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED FEBRUARY 17, 2015 | 7100-000 | | 6,325.65 | 26,099.50 |
| 02/19/15 | 109 | CFAM Financial Services LLS | FIRST AND FINAL DIVIDEND FOR CLAIM | 7200-000 | | 10,268.27 | 15,831.23 |

Subtotals :    $91,094.96    $75,263.73

{} Asset reference(s)

Printed: 07/13/2015 11:59 AM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-44418 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | PURCINSKI, JAMES E | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4466 - Checking Account |
| Taxpayer ID #: | **-***4633 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/13/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | NO. 4 PER COURT ORDER DATED FEBRUARY 17, 2015 | | | | |
| 02/19/15 | 110 | Woodland Creek I | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED FEBRUARY 17, 2015 | 7200-000 | | 4,221.41 | 11,609.82 |
| 02/19/15 | 111 | Keynote Consulting, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED FEBRUARY 17, 2015 | 7200-000 | | 11,609.82 | 0.00 |
| 05/21/15 | 107 | United Credit Recovery | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED FEBRUARY 17, 2015 Stopped: check issued on 02/19/15 | 7100-000 | | -922.98 | 922.98 |
| 05/27/15 | 112 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds | 5600-000 | | 922.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 91,094.96 | 91,094.96 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 91,094.96 | 91,094.96 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$91,094.96** | **$76,094.96** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4466** | 91,094.96 | 76,094.96 | 0.00 |
| | **$91,094.96** | **$76,094.96** | **$0.00** |